# Morrilton Police Department
## Incident Report

| | |
|---|---|
| Incident # 18-01244 | Report Date 10/10/18 |
| Page 1 of 5 | Report Time 6:35 PM |

| Status | Exception Clearance | Date | Reporting Officer | ORI/Agency |
|---|---|---|---|---|
| Active | Not Applicable | | 124  Dube, Taylor | AR0150100 |

| Assigned Officer | Entered By | Approving Officer |
|---|---|---|
| Dube, Taylor | tdube | Edwards, Paula R. |

Assisting Officers

## Complainant

| Name | Contact Name |
|---|---|
| Morrilton Police Department | Taylor Dube |

| Business Address | Business Phone |
|---|---|
| 119 N Division St.,Morrilton, AR  72110 | 5013540131 |

## Offenses

| Incident Location | Zone |
|---|---|
| E 64 Hwy.  Plumerville, AR  72127 | |

| Earliest Possible Date | Time | Latest Possible Date | Time |
|---|---|---|---|
| 10/10/2018 | 17:00 | 10/10/2018 | 18:35 |

| # | Statute/Code | Description | Fel/Misd | Att/Comp | Loc | Bias | Wpn | CATypes |
|---|---|---|---|---|---|---|---|---|
| 1 | 5-54-125 | FLEEING | Felony | Completed | 13 | 88 | 99 | |
| 2 | 5-64-443 | POSSESSION OF DRUG PARAPHERNALIA | Misd | Completed | 13 | 88 | 99 | U,P |
| 3 | 27-50-308 | RECKLESS DRIVING | Misd | Completed | 13 | 88 | 99 | |
| 4 | 5-64-419B(5)1 | POSSESSION OF CONT. SUBSTANCE (SCH VI LT 4OZ) | Misd | Completed | 13 | 88 | 99 | U,P |
| 5 | 27-16-303 | DRIVING WHILE LICENSE CANCELED, SUSPENDED OR REVOKED | Misd | Completed | 13 | 88 | 99 | |

| MO | | Method Of Entry | # Prems |
|---|---|---|---|
| | | n/a | 0 |

| Location Types | | | Bias Motivation Codes | |
|---|---|---|---|---|
| 01 Air/Bus/Train Terminal | 13 Hwy/Road/Alley | 37 Abandoned/Condemned Structure | 48 Industrial Site | 43 Lesbian, Gay, Bisexual, or Transgender, Mixed Group (LGBT) |
| 02 Bank/S&L | 14 Hotel/Motel | 38 Amusement Park | 49 Military Installation | 44 Heterosexual |
| 03 Bar/Night Club | 15 Jail/Prison | 39 Arena/Stadium/Fair grounds/Coliseum | 50 Park/Playground | 45 Bisexual |
| 04 Church/Synag/Temple | 16 Lake/Waterway | | 51 Rest Area | 51 Phys Disability |
| 05 Commercial/Off Bldg | 17 Liquor Store | 40 ATM Separate from Bank | 52 School - | 52 Mental Disability |
| 06 Construction Site | 18 Parking Lot/Garage | 41 Auto Dealership New/Used | College/University | 61 Male |
| 07 Convenience Store | 19 Rental Storage Facility | 42 Camp/Campground | 53 School - Elementary/Secondary | 62 Female |
| 08 Dept/Discount Store | 20 Residence/Home | 44 Daycare Facility | 54 Shelter - Mission/Homeless | 71 Transgender |
| 09 Drug Str/Dr Off/Hosp | 21 Restaurant | 45 Dock/Wharf/Freight/ | 55 Shopping Mall | 72 Gender Non-Conforming |
| 10 Field/Woods | 23 Service/Gas Station | Modal Terminal | 56 Tribal Lands | 88 None |
| 11 Govt/Public Bldg | 24 Specialty Store | 46 Farm Facility | 57 Community Center | 99 Unknown |
| 12 Grocery/Supermarket | 25 Unknown/Other | 47 Gambling Facility/Casino/Race Track | 58 Cyberspace | |

Bias Motivation Codes
ANTI-

| | | |
|---|---|---|
| 11 White | 23 Protestant | |
| 12 Black or African American | 24 Islamic (Muslim) | |
| 13 American Indian or Alaska Native | 25 Other Religion | |
| 14 Asian | 26 Multi-religious group | |
| 15 Multi-races, Group | 27 Atheist/Agnostic | |
| 16 Native Hawaiian or Other Pacific Islander | 31 Arab | |
| 21 Jewish | 32 Hispanic or Latino | |
| 22 Catholic | 33 Not Hispanic or Latino | |
| | 41 Gay (male) | |
| | 42 Lesbian | |

| Suspected Of Using | Criminal Activity Types | Weapon Type(s) | | |
|---|---|---|---|---|
| Alcohol | B Buying/Receiving | C Cultivating/Manuf/Publishing | 11 Firearm (Auto) | 20 Knife/Cutting Instr | 65 Fire/Incendiary Device |
| Drugs | P Possessing/Concealing | O Operating/Promoting/Assisting | 12 Handgun (Auto) | 30 Blunt Object | 70 Drugs/Narc./Sleeping Pills |
| | D Distributing/Selling | T Transport/Import/Transmit | 13 Rifle (Auto) | 35 Motor Vehicle | 85 Asphyxiation |
| | E Exploiting Children | U Using/Consuming | 14 Shotgun (Auto) | 40 Personal Weapons | 90 Other |
| | | | 15 Other Firearm | 50 Poison | 95 Unknown |
| | A Simple/Gross Neglect | I Intentional Abuse & Torment | | 60 Explosives | 99 None |
| | F Organized Abuse | S Sexual Animal Abuse | | | |

## Suspect #1

| SSN/ID/TIN | Title | Name | DOB | Age | Sex | Resident Status |
|---|---|---|---|---|---|---|
| ▉ | Mr | Lankford, Christopher Allen | ▉ | 30 | M | Resident |

| Race | Ethnicity | Home Phone | Work Phone | Other Phone | DL (#, ST) |
|---|---|---|---|---|---|
| White | Not Hispanic/Latino | | | | ▉ |

| US Citizen | Legal Alien | Doc Type | Immig Doc # | Nationality |
|---|---|---|---|---|
| Yes | | | | |

| Home Address | Employer |
|---|---|
| 737 Old Morrilton Rd.,Casa, AR  72025 | |

| Work Address | Occupation |
|---|---|
| | |

*Copyright Relativity Inc.© - RPS(Relativity Public Safety)*

Exhibit A

| Incident # | 18-01244 | **Morrilton Police Department** | Report Date | 10/10/18 |
|---|---|---|---|---|
| Page | 2 of 5 | Incident Report | Report Time | 6:35 PM |

## Suspect #1

| Height | Weight | Eyes | Build | AKA |
|---|---|---|---|---|
| 5' 10" | 200 | Hazel | Medium | Chris |

| Appearance | HairColor | Hair Style | Teeth | Beard/Facial Hair | Demeanor | Speech | Voice |
|---|---|---|---|---|---|---|---|
| | Blond | Fade | | Goatee | | | |
| | Dexterity | Hair Length | Complexion | | | | |
| | | Short | | | | | |

## Property

| Involvement | Category |
|---|---|
| 1 None | 02 Alcohol |
| 2 Burned | 04 Bicycles |
| 3 Counterfeit/Forge | 06 Clothes/Fur |
| 4 Destroyed/Damaged | 07 Computer Hdwr/Sftwr |
| 5 Recovered | 08 Consumable Goods |
| 6 Seized | 09 Credit/Debit Cards |
| 7 Stolen | 10 Drugs/Narcotics |
| 8 Unknown | 11 Drug/Narc Equipment |
| | 12 Farm Equipment |
| | 13 Firearms |
| | 14 Gambling Equipment |

Category (continued):
15 Hvy Construct/Industrial · 16 Household Goods · 17 Jewelry/Precious Metals · 18 Livestock · 19 Merchandise · 20 Money · 21 Negotiable Instruments · 22 Non-neg. Instrument · 23 Office-Type Equip · 24 Purses/Handbags/Wallets · 25 Purses/Handbags/Wallets · 26 Radio/TV/VCR · 27 Recordings-Audio/Visual

29 Structure-Single Occ · 30 Structure-OtherDwelling · 31 Structure-Commercial · 32 Structure-Industrial · 33 Structure-Public · 34 Structure-Storage · 35 Structure-Other · 36 Tools-Power/Hand · 38 Vehicle Parts · 39 Watercraft · 41 Aircraft Parts/Access · 42 Artistic Supplies

43 Building Materials · 44 Camping/Hunting/Fishing · 45 Chemicals · 46 Collections/Collectibles · 47 Crops · 48 Crops · 49 Explosives · 54 Fuel · 65 Identity Documents · 66 Identity - Intangible · 67 Law Enforcement Equip.

68 Lawn/Yard/Garden Equip · 69 Logging Equipment · 70 Crops · 48 Documents / Pers or Bus. · 59 Firearm Accessories · 64 Fuel · 65 Identity Documents · 66 Identity - Intangible · 67 Law Enforcement Equip. · 68 Lawn/Yard/Garden Equip · 69 Logging Equipment

70 Medical / Lab Equipment · 71 Metals, Non-Precious · 72 Musical Instruments · 73 Pets · 74 Photographic/Optical · 75 Portable Electronic Comm · 76 Recreational/Sports Equip · 77 Other · 78 Trailers · 79 Watercraft Parts/Access · 80 Weapons - Other · 88 Pending Inventory

| Involvement | Category | Qty/Wt | Brand/Make | Model | Style | CAL/GA |
|---|---|---|---|---|---|---|
| 6 | 11 | 1 | Unknown | | | |

Description

Silver and Red smoking device with a green leafy substance in a bowl.

| Owner | Serial# / Owner Applied# | NCIC Ref # | Evidence # | Value |
|---|---|---|---|---|
| S1: Lankford, Christopher Allen | | | | $0.00 |

| Involvement | Category | Qty/Wt | Brand/Make | Model | Style | CAL/GA |
|---|---|---|---|---|---|---|
| 6 | 80 | 1 | Unkown | | | |

Description

Knife with a silver and black handle.

| Owner | Serial# / Owner Applied# | NCIC Ref # | Evidence # | Value |
|---|---|---|---|---|
| S1: Lankford, Christopher Allen | | | | $0.00 |

## Vehicles

| Involvement | Category |
|---|---|
| 1 None  3 | 01 Aircraft  05 Buses  39 Watercraft |
| 2 Burned  Counterfeited/Forged  5 Recovered  7 Stolen  9 Crime Location | 03 Auto  24 Other |
| 6 Seized  8 Unknown  10 Suspect Vehicle | 37 Trucks |

| Involvement | Category | Tag # | Tag Yr | State | Tag Type | VIN | NCIC Ref # |
|---|---|---|---|---|---|---|---|
| Involved | 24 | YZ529 | 2019 | AR | Motorcycle | 1HD1KB4177Y724114 | |

| Year | Make | Model | Style | Primary Color | Secondary Color |
|---|---|---|---|---|---|
| 2007 | HARLEY-DAVIDSON | MOTORCYCLE | Motorcycle | Black | Chrome |

| Owner | Description | Est. Value | Evidence # | Impounded | Towed By |
|---|---|---|---|---|---|
| Michelle Pack | | $0.00 | | No | Koch's Body Shop |

| Insurance Company | Policy Number |
|---|---|
| | |

## Drugs

| Involvement | Drug Type | | Measurement Type | | |
|---|---|---|---|---|---|
| 1 None  5 Recovered | A CrackCocaine | E Marijuana  F Morphine | GM Gram | ML Milliliter | DO Dosage/Pill |
| 2 Burned  6 Seized | B Cocaine | G Opium  H Other Narcotics | KG Kilogram | LT Liter | NP Number of Plants |
| 3 Counterfeit/Forge  7 Stolen | C Hashish | I LSD/Synth. Drugs | OZ Ounce | FO Fluid Ounce | |
| 4 Destroyed/Damaged  8 Unknown | D Heroin | J PCP | LB Pound | GL Gallon | |
| | | L Amphetamines  M Other Stimulants  N Barbituates  O Other Depressants  P Other Drugs  U Unknown type | | | |

| Involvement | Amount | Measure | Est Value | Evidence # |
|---|---|---|---|---|
| 6 | 1 | GM | | E-1 |

| DrugType | Recvd Date | RecvdValue | Recovery Location |
|---|---|---|---|
| Marijuana | | | |

Description

Green leafy substance inside a bowl.

## Narrative & Statements

**Narrative - Dube, Taylor  - 10/10/2018 (Initial)**

*Copyright Relativity Inc.© - RPS(Relativity Public Safety)*

Printed : 11/1/2018 12:23:05 PM

| Incident # | 18-01244 | **Morrilton Police Department** | Report Date | 10/10/18 |
|---|---|---|---|---|
| Page | 3 of 5 | Incident Report | Report Time | 6:35 PM |

**Narrative & Statements**

On October 10, 2018 at approximately 5:00 p.m., I, Ptl. Taylor Dube attempted to make a traffic stop on a black motorcycle. I was patrolling north on highway 9 I turned around at Dillion Drive a black motorcycle passed by. When I got turned around I witnessed the front tire of the motorcycle in the air, and the passenger on the back of the motorcycle fall off the of the bike while running about 50 mph at Highway 9 and I-40 on ramp. The passenger, later identified as Jerry Davis, date of birth ( ███████ jumped back up, and got on the back of the bike. The driver was later identified as Christopher Lankford, date of birth 01-01-1988. Lankford took off on East Harding Street. I attempted to catch up with Lankford. Lankford turned on Drilling Street heading west. He then turned south onto Will Street. I started catching up to Lankford, and initiated my blue lights to check on Davis, because I could see that he had marks covering his back from falling off the motorcycle. I also wanted to speak with Lankford about his driving causing Davis to fall off. Davis was also not wearing eye protection. Lankford then pulled up to the stop sign at the intersection of Will and Branch Streets. Davis jumped off the back of the bike. Lankford then took off at a high rate of speed continuing south on Will Street.

I started pursuit at this time. Lankford turned east on Broadway. We continued east on Highway 64 out of the city limits. Lankford was weaving in and out of traffic at speeds over 100 mph. As we approached a county road Lankford started to slow down. When Lankford got even with the road he took back off again. As we got close to Plumerville I could see a County Deputy fall in behind us. As we crossed the city limits into Plumerville, a Plumerville unit was sitting in the middle of the roadway. Lankford attempted to go around, but ended up hitting their patrol unit broadside in the passenger rear door.

Lankford and the motorcycle pushed the patrol unit back several feet. Lankford bounced off the Patrol unit and landed on the roadside, face down in a fetal position. I jumped out of my patrol unit ran up to Lankford to start attempting medical aid. When I got to him I noticed a large knife hanging from his side. Due to the circumstances I went ahead and removed the knife. Ofc. Duvall from Plumerville secured the weapon for me. Deputy Coffman and I moved Lankford onto his back to check to see if he was breathing. Cpl. Bryant and Ptl. Mariott arrived to assist. We were able to get his identification from his pocket. We ran Lankford through dispatch. Lankford showed to have multiple warrants including one from our department. Ptl. Mariott cut his clothes off of him to assess for damage. Lankford had several laceration to the top of his head and he had blood coming from his nose and his mouth. He also had a severe break on his right leg. Sgt. Force and Trooper Earls continued to work on Lankford.

I spoke to Cpl. Bryant about what had all happened. Cpl. Bryant contacted dispatch to have them contact Chief Stover and Assistant Chief Anderson about the situation. Cpl. Bryant and I started searching his clothes. We found a silver and red smoking device with a green leafy substance inside the bowl in his rear pocket.

Med-Tech arrived on scene to take over medical.

We searched his bag and the motorcycle. We were unable to locate anything else.

Lankford was taken by helicopter to UAMS. Trooper Earls worked the accident scene. Sgt. Force and Ptl. Mariott went back to the city to look for Davis. Dispatch advised somebody had called about Davis walking around St. Vincent Street. They were able to locate Davis. Davis was intoxicated so they brought him to the Morrilton Police Department. When Trooper Earls released me from the scene I headed back to the police department.

Upon getting back to the police department, I spoke with Davis. Davis advised me that he would not make a written statement but he would tell me some of what happened. He advised that him and Lankford had both been drinking. Davis advised when they had seen me on Highway 9 Lankford took off. Davis advised that at the intersection of Highway 9 and I-40 he attempted to make the motorcycle do a wheelie. When Lankford attempted this, Davis fell off the motorcycle and landed in the Highway. Davis advised me that when I turned my lights on that Lankford told him that unless he was wanting to ride going 120 mph that he needed to get off. Davis stated he was not dying today so he jumped off.

Davis let me take photos of his back to show his injuries. Davis advised that he did not want this to be held against his brother. Davis was then released to his fiance.

**CASE #18-01244**

**Narrative - Bryant, Adam  - 10/10/2018 5:00:00 PM (Initial)**

On 10/10/2018 at 5:00 p.m., this Officer assisted Ofc. Taylor Dube in a pursuit of a motorcycle that fled from while trying initiate a traffic stop. During the pursuit, Ofc. Dube advised other Officers that a white male with tattoos and road rash had jumped off the back of the motorcycle at Branch Street and Will Street who would later be identified as Jerry Davis. After the pursuit had ended, Sgt. Andy Force and Ofc. Aaron Mariott located Davis due to a 911 call about him being in the area of Saint Vincent Street. Ofc. Mariott transported Davis to the Morrilton Police

| Incident # | 18-01244 | **Morrilton Police Department** | Report Date | 10/10/18 |
|---|---|---|---|---|
| Page | 4 of 5 | Incident Report | Report Time | 6:35 PM |

**Narrative & Statements**

**Narrative - Bryant, Adam  - 10/10/2018 5:00:00 PM (Initial)**

Department so he could speak with Officers about what happened.

Once cleared from the scene of the pursuit, I returned to the Morrilton Police Department where Ofc. Dube began this report on the incident and Davis was waiting for a ride to pick him up. Officers were able to tell that Davis was intoxicated due to his slurred speech, mannerisms and the odor of intoxicants coming from his breath every time he spoke.  A short time later, dispatch informed Officers that Davis' ride was here and I escorted him out of the building to his fiance.

While walking out, I asked Davis if Lankford had been drinking due to the fact that when speaking with Lankford at the accident scene, I noticed an odor of intoxicants from his breath every time he spoke.  Davis stated that Lankford was "more than likely" intoxicated since the both of them had been drinking that day.

**Evidence**

| Type | Next Action | Disposition Reason | |
|---|---|---|---|
| Container | Send to crime lab | N/A | 0000001711 |
| Locker Location | | | |
| Evidence Room\Awaiting Crime Lab | | | |
| Notes | | | |

| Evidence Number | Type | Container | Next Action | |
|---|---|---|---|---|
| E1 | Drugs | C1: Small Envelope | Send to crime lab | 0000001712 |
| Acquired Date/Time | | Acquired By | Disposition Reason | |
| 10/10/2018 22:28 | | Dube, Taylor | N/A | |
| Acquired Location | | | | Exibit Number |
| Back Pocket | | | | E-1 |
| Locker Location | | | | |
| Evidence Room\Awaiting Crime Lab | | | | |

| Involvement | Drug Type | | | Measurement Type | |
|---|---|---|---|---|---|
| 1 None          5 Recovered<br>2 Burned         6 Seized<br>3 Counterfeit/Forge  7 Stolen<br>4 Destroyed/Damaged 8 Unknown | A CrackCocaine<br>B Cocaine<br>C Hashish<br>D Heroin | E Marijuana<br>F Morphine<br>G Opium<br>H Other Narcotics<br>I  LSD/Synth. Drugs<br>J PCP | L Amphetamines<br>M Other Stimulants<br>N Barbituates<br>O Other Depressants<br>P Other Drugs<br>U Unknown type | GM Gram       ML Milliliter<br>KG Kilogram    LT Liter<br>OZ Ounce      FO Fluid Ounce<br>LB Pound      GL Gallon | DO Dosage/Pill<br>NP Number of Plants |

| Involvement | Amount | Measure | Est Value | Evidence # |
|---|---|---|---|---|
| 6 | 1 | GM | | |

| DrugType | Recvd Date | RecvdValue | Recovery Location |
|---|---|---|---|
| Marijuana | | | |

Description

A green leafy substance inside a bowl.

*Copyright Relativity Inc.© - RPS(Relativity Public Safety)*

Incident # 18-01244

# Morrilton Police Department
Incident Report

Report Date 10/10/18

Page 5 of 5

Report Time 6:35 PM

| Evidence Number | Type | Container | Next Action |
|---|---|---|---|
| E2 | Property | C1: Small Envelope | Send to crime lab |

0000001713

| Acquired Date/Time | Acquired By | Disposition Reason |
|---|---|---|
| 10/10/2018 22:28 | Dube, Taylor | N/A |

| Acquired Location | Exibit Number |
|---|---|
| Back Pocket | E-2 |

Locker Location
Evidence Room\Awaiting Crime Lab

| Involvement | Category | | | | | |
|---|---|---|---|---|---|---|
| 1 None | 02 Alcohol | 15 Hvy Construct/Industrial | 29 Structure-Single Occ | 43 Building Materials | 68 Lawn/Yard/Garden Equip | 71 Metals, Non-Precious |
| 2 Burned | 4 Bicycles | 16 Household Goods | 30 Structure-OtherDwelling | 44 Camping/Hunting/Fishing | 69 Logging Equipment | 72 Musical Instruments |
| 3 Counterfeit/Forge | 06 Clothes/Fur | 17 Jewelry/Precious Metals | 31 Structure-Commercial | 45 Chemicals | 47 Crops | 73 Pets |
| 4 Destroyed/Damaged | 07 Computer Hdwr/Sftwr | 18 Livestock | 32 Structure-Industrial | 46 Collections/Collectibles | 48 Documents / Pers or Bus. | 74 Photographic/Optical |
| 5 Recovered | 08 Consumable Goods | 19 Merchandise | 33 Structure-Public | 47 Crops | 49 Explosives | 75 Portable Electronic Comm |
| 6 Seized | 09 Credit/Debit Cards | 20 Money | 34 Structure-Storage | 48 Documents / Pers or Bus. | 59 Firearm Accessories | 76 Recreational/Sports Equip |
| 7 Stolen | 10 Drugs/Narcotics | 21 Negotiable Instruments | 35 Structure-Other | 49 Explosives | 64 Fuel | 77 Other |
| 8 Unknown | 11 Drug/Narc Equipment | 22 Non-neg. Instrument | 36 Tools-Power/Hand | 59 Firearm Accessories | 65 Identity Documents | 78 Trailers |
| | 12 Farm Equipment | 23 Office-Type Equip | 38 Vehicle Parts | 64 Fuel | 66 Identity - Intangible | 79 Watercraft Parts/Access |
| | 13 Firearms | 25 Purses/Handbags/Wallets | 39 Watercraft | 65 Identity Documents | 67 Law Enforcement Equip. | 80 Weapons - Other |
| | 14 Gambling Equipment | 26 Radio/TV/VCR | 41 Aircraft Parts/Access | 66 Identity – Intangible | 68 Lawn/Yard/Garden Equip | 88 Pending Inventory |
| | | 27 Recordings-Audio/Visual | 42 Artistic Supplies | 67 Law Enforcement Equip. | 69 Logging Equip | |

| Involvement | Category | Qty/Wt | Brand/Make | Model | Style | CAL/GA |
|---|---|---|---|---|---|---|
| 6 | 11 | 1 | Unknown | | | |

Description

Silver and red smoking device with a green leafy substance in a bowl.

| Owner | Serial# / Owner Applied# | NCIC Ref # | Evidence # | Value |
|---|---|---|---|---|
| | | | | $0.00 |

*Copyright Relativity Inc.© - RPS(Relativity Public Safety)*




CASE # __18-01244_____          DATE OF PURSUIT__10__ / 10 /18

PURSUIT START LOCATION:  WILL STREET AND BRANCH STREET_____  TIME OF PURSUIT _1700_____

PURSUIT TERMINATION LOCATION __HWY 64 EAST/ PLUMERVILLE CITY LIMITS_____

- !   **SUPERVISOR** IS TO COMPLETE THIS FORM IN DETAIL
- !   **COPY** OF COMPLETED **INCIDENT REPORT** IS TO BE ATTACHED
- !   **ORIGINAL** (W/ATTACHMENTS) WILL BE FORWARDED **TO THE CHIEF'S/SHERIFF'S OFFICE,** VIA CHAIN OF COMMAND

| **PURSUIT AFTER-ACTION REPORT** |
|---|

| PRIMARY OFFICER | SECONDARY OFFICER | SUPERVISOR |
|---|---|---|
| Ofc. Taylor Dube | | Cpl. Adam Bryant |

| REASON FOR PURSUIT | |
|---|---|
| VIOLENT FELONY ☐<br>IDENTIFY VIOLENT FELONY: | RECKLESS DRIVING PRE-PURSUIT x☐<br>DESCRIBE RECKLESS DRIVING :<br>DRIVER DUMPED PASSENGER OFF BACK OF MOTORCYCLE. OFC. DUBE ATTEMPTED TO STOP VEHICLE DUE TO THE FACT THAT AFTER THE PASSENGER GOT BACK ON THE MOTORCYCLE, OFC. DUBE NOTICED THAT HE WAS NOT WEARING EYE PROTECTION AND WAS WANTING TO CHECK ON HIS WELL BEING. |

| VIDEO/AUDIO REVIEW | |
|---|---|
| x☐ Video Available | ☐ Dispatch Tapes Available |
| x☐ Video Reviewed by: Chief Stover | ☐ Dispatch Tapes Reviewed By |

| x☐ Video Preserved | ☐ Dispatch Tapes Preserved |
|---|---|

## ENVIRONMENTAL FACTORS

| **Traffic** | ☒ Light ☐x Moderate ☐ Heavy<br>☐ Pedestrians ☐ Road Construction | **Road Type** | ☐ Freeway ☐x Divided  Highway<br>☐ Business Zone ☐ Residential ☐ School Zone |
|---|---|---|---|
| **Weather** | ☐x Clear ☐ Rain ☐ Snow ☐ Fog<br>☐ Dry ☐ Wet ☐ Ice | **Lighting Condition** | ☐x Daylight ☐ Dusk ☐ Night ☐ Well-Lit<br>☐ Night-No Lighting |

## VEHICLE FACTORS

| **Police Vehicle** | **Condition:** Good x☐ Moderate ☐ Poor / **Type:** Car ☐ Truck ☐ SUV ☐ Motorcycle☐ |
|---|---|
| **Suspect Vehicle** | **Condition:** Good ☐ Moderate ☐x Poor / **Type:** Car ☐ Truck ☐ SUV ☐ Motorcycle☐x |

## USE OF FORCE TO TERMINATE (CHECK ALL THAT APPLY)

| X Lights | ☐ High-Speed Box-In | ☐ Firearms |
|---|---|---|
| X Siren | ☐ PIT | Tactic Authorized By _____ |
| ☐  Stop Sticks | ☐ Ramming | _____ |
| ☐  Low-Speed Box- In | ☐ Roadblock | |

## DISTANCE/DURATION

| MILES _5.04_____ | DURATION __3_____ MINUTES | ☐x LEFT JURISDICTION |
|---|---|---|

## TERMINATION

| ☐ Terminated by Primary Officer | ☐ Suspect Crash without Use of Force |
|---|---|
| ☐ Terminated by Supervisor | ☐ Suspect Voluntarily Stopped |
| ☐x  Suspect Stopped by Force | |

## INJURIES (COLLISION)

| Officer | Complaint ☐ | Visible ☐ | Medical Required ☐ | Serious ☐ | Fatal ☐ |
|---|---|---|---|---|---|
| Officer 2 | Complaint ☐ | Visible ☐ | Medical Required ☐ | Serious ☐ | Fatal ☐ |
| Suspect | Complaint ☐ | Visible ☐ | Medical Required ☐ | Serious ☐x | Fatal ☐ |
| Suspect (Passenger) | Complaint ☐ | Visible ☐ | Medical Required ☐ | Serious ☐ | Fatal ☐ |
| Suspect (Passenger) | Complaint ☐ | Visible ☐ | Medical Required ☐ | Serious ☐ | Fatal ☐ |
| Third Party | Complaint ☐ | Visible ☐ | Medical Required ☐ | Serious ☐ | Fatal ☐ |
| Third Party (Passenger) | Complaint ☐ | Visible ☐ | Medical Required ☐ | Serious ☐ | Fatal ☐ |
| Third Party (Passenger) | Complaint ☐ | Visible ☐ | Medical Required ☐ | Serious ☐ | Fatal ☐ |

## INTER-JURISDICTIONAL

| ☐ Agency (s) Pursuing Into this Jurisdiction: |
|---|

☐ Pursuit initiated this jurisdiction goes into others:

| REVIEWED BY / SIGNATURE / COMMENTS | DATE |
|---|---|
| SUPERVISOR: CPL. ADAM BRYANT | 10/10/18 |

ON-SCENE ♦ YES  ☐ NO

COMMENTS: AFTER ARRIVING ON SCENE AND ONCE THE SCENE WAS SOMEWHAT CALM,
I SPOKE WITH OFC. DUBE TO GATHER INFORMATION ON WHAT HE ABSERVED. AFTER
SPEAKING WITH OFC. DUBE AND REVIEWING VIDEO, OFC. DUBE DID NOT APPEAR TO
VIOLATE ANY DEPARTMENTAL POLICIES OR PROCEDURSE AND HANDLED HIMSELF IN
A PROFESSIONAL MANNER AND BEGAN RENDERING FIRST AID TO THE SUSPECT AFTER
THE CRASH.



TRAINING OFFICER

COMMENTS: AFTER THIS INCIDENT I CONDUCTED AN AFTER ACTION REVIEW WITH CPL.
ADAM BRYANT AND PTL. TAYLOR DUBE WHERE WE DISCUSSED THE PURSUIT AND
WATCHED THE VIDEO. BOTH OFFICERS FOLLOWED DEPARTMENT POLICIES AND ACTED IN
A PROFESSIONAL MANOR. WE DID DISCUSS THE ENDING OF THE PURSUIT WHERE A
PLUMERVILLE OFFICER BLOCKED THE ROADWAY IN FRONT OF THE PURSUIT. I ADVISED
BOTH OFFICERS THAT IF THEY FOUND THEMSELVES IN A SITUATION LIKE THAT NOT TO
BLOCK THE ROADWAY AND TO LET THE MOTORCYCLE PASS UNLESS IT WAS A DEADLY
FORCE SITUATION.    ASST. CHIEF. TRENT ANDERSON

CHIEF OF POLICE/SHERIFF:

COMMENTS: