# Transcript of the Testimony of

# **Dube, Taylor**

**Date:** June 9, 2020

**Case:** Lankford v. Plumerville, et al

**Bushman Court Reporting**
Robyn Bradley
Phone:  (501) 372-5115
Fax: (501) 378-0077

Dube, Taylor 6/9/2020                              Lankford v. Plumerville, et al

Page 16

1    Q    And there were no oncoming cars that had to

2    swerve out of his way, correct?

3    A    I see one approaching, but that's all.  I mean,

4    I'm unsure.

5    Q    (Video plays.)  Okay.  At the 05:02:36,

6    Mr. Lankford is passing another vehicle, correct?

7    A    Yes, sir.

8    Q    He actually has a double line on this one,

9    correct?

10   A    Yes, sir.

11   Q    He is passing on that double yellow line,

12   correct?

13   A    Yes, sir.

14   Q    So he doesn't go all the way over into the

15   oncoming lanes, correct?

16   A    No, sir.

17   Q    And when he does this, there is no oncoming

18   traffic, correct?

19   A    I mean, there's a car that is right there beside

20   him on the -- that black car there.  And there is

21   traffic on both sides of the road right there.

22   Q    Are you saying that the black car on the oncoming

23   lane is in front of where Mr. Lankford is going to be

24   driving?

25   A    Not at this particular moment.  But, I mean, when

Dube, Taylor 6/9/2020                                    Lankford v. Plumerville, et al

Page 19

1   that was there when Officer Duvall came into view, he

2   was in the westbound lane and Lankford veered --

3   Q     Can I stop you real quick, Officer?  I'm sorry.

4         In the westbound lane, would that have been the

5   oncoming traffic lane for you?

6   A     Yes, sir.  Lankford veered further over in the

7   eastbound lane the way were traveling, and from what I

8   saw was his car moved forward.  And then Lankford

9   attempted to go back around behind, but due to his

10  speed, he was unable to.

11  Q     And so when you say his car moved forward, are

12  you talking about Officer Duvall's car?

13  A     Yes, sir.

14  Q     And when you say, "Moved forward," are you saying

15  it moved forward into the lane of travel that

16  Mr. Lankford was in?

17  A     Yes, sir.

18  Q     Are you saying it did this after Mr. Lankford

19  started to veer to the right?

20  A     Yes, sir.

21  Q     And so when Officer Duvall's car moved forward

22  into Mr. Lankford's lane of travel, did that cut off

23  the escape path around the front of the vehicle?

24  A     There was still a little room around the front.

25  But, I mean, with the speeds he was going, I'm unsure

Dube, Taylor 6/9/2020                          Lankford v. Plumerville, et al

Page 20

1   how to correctly answer that question.

2   Q     You would agree that when Officer Duvall moved

3   his car forward, it was in the lane of travel that

4   Mr. Lankford was veering into?

5   A     Yes, sir.

6   Q     And then after Officer Duvall moved his car

7   forward into Mr. Lankford's lane of travel,

8   Mr. Lankford then went back left?

9   A     Yes, sir.

10  Q     And that is when he struck Officer Duvall's

11  vehicle?

12  A     Yes, sir.

13  Q     If Officer Duvall says that his car was

14  stationary and did not move forward, would you

15  disagree with that?

16              MS. MONAGHAN:   Object to the form.

17  A     Yes, sir.

18  BY MR. ROBERTS:

19  Q     I'm sorry?   Can I hear your answer, Officer?

20  A     Yes, sir.

21  Q     Yes, sir, you would disagree with Officer Duvall?

22  A     Yes, sir.

23  Q     Did you discuss what you saw with Officer Bryant

24  after this occurred?

25  A     Yes, sir.

Dube, Taylor 6/9/2020                                    Lankford v. Plumerville, et al

Page 21

1   Q      And is that captured on your body camera video?

2   A      I am unsure.  I believe it is.

3   Q      Do you see your body video displayed on screen?

4   A      Yes, sir.

5                    (WHEREUPON, Plaintiff's Exhibit E is

6            introduced and is attached hereto:)

7   BY MR. ROBERTS:

8   Q      I'm going to take you to the 16:50 mark of your

9   body camera video and that's the 16:50 mark of my

10  exhibit, which is Exhibit E.  Okay?  (Video is

11  played.)

12  A      Okay.

13  Q      And is that you speaking right now?

14  A      Yes, sir.

15  Q      You just said, "He asked me, did they pull out

16  front of him.  And they did"?

17  A      Yes, sir.

18  Q      That was your voice?

19  A      Yes, sir.

20  Q      Okay.  And are you explaining to Officer Bryant

21  what you saw occur?

22  A      Yes, sir.

23  Q      (Video plays.)  I'm going to play again at the

24  16:55 mark of Exhibit E.

25         So I want to ask you about who you are referring

Dube, Taylor 6/9/2020                           Lankford v. Plumerville, et al

Page 22

1    to there.  Okay?

2    A     Okay.

3    Q     You said, "They were like that in the street."

4    Who are you referring to?

5    A     The Plumerville patrol car.

6    Q     And then when you are referring to "he went that

7    way," who are you referring to?

8    A     Lankford.

9    Q     Okay.  And then are you referring to Officer

10   Duvall pulling forward in front of him?

11   A     Yes, sir.

12   Q     Okay.  I'm going to take you to the 21:57 mark of

13   Exhibit E.  I'm going to start it at 21:54.

14         (Video plays.)

15         Who are you speaking with in this part of the

16   video?

17   A     Corporal Bryant and Chief Stover.

18   Q     So this person to the left is Chief Stover?

19   A     Yes, sir.

20   Q     And this is Corporal Bryant?

21   A     Corporal Bryant, yes, sir.

22   Q     So starting at 21:54.  (Video plays.)

23         Could you hear that with the audio turned up?

24   A     Yes, sir.

25   Q     What did you just say?

Dube, Taylor 6/9/2020                                    Lankford v. Plumerville, et al

Page 23

1    A    I said he was sitting in the roadway.

2    Q    Did you say the word, "He plowed him"?

3    A    No, sir.

4    Q    Let's go back and listen.  I'm going to start it

5    off at 21:53.  (Video plays.)

6         Did you say, "He plowed him" at the end there?

7    A    Okay.  I may have.

8    Q    Who are you referring to?

9    A    Lankford.

10   Q    Lankford was the one that was plowed?

11   A    No.  No, what I was saying -- from what I just

12   saw, I believe what I was referencing was Lankford hit

13   the side of the vehicle.

14   Q    Okay.  All right.  And then I'm going to show you

15   one more part of this video and it's the 24:16 mark of

16   Exhibit E.  I will start it 24:15.  (Video plays.)

17        And, so, again, are you explaining what you saw

18   happen?

19   A    Yes, sir.

20   Q    And you said that Chris was coming down -- you

21   said, "When we got up here, he was already sideways."

22        Who is "he"?

23   A    Officer Duvall.

24   Q    And you said, "Chris."  Is that Chris Lankford?

25   A    Yes, sir.

Dube, Taylor 6/9/2020                    Lankford v. Plumerville, et al

Page 24

1    Q      Started to go in front of him?

2    A      Yes, sir.

3    Q      And are you referring to Officer Duvall pulling

4    up?

5    A      Yes, sir.

6    Q      And you are referring to Officer Duvall pulling

7    up in front of Christopher Lankford's pathway,

8    correct?

9    A      Yes, sir.

10                    (WHEREUPON, Plaintiff's Exhibit D is

11              introduced and is attached hereto:)

12   BY MR. ROBERTS:

13   Q      Do you recognize Exhibit D, Officer?

14   A      Yes, sir.

15   Q      What is Exhibit D?

16   A      That is the incident report that you have got up

17   there.

18   Q      From this incident?

19   A      Yes, sir.

20   Q      And at the end of the incident report, is there

21   an After-Action review?

22   A      Yes, sir.

23   Q      And who did you do that After-Action Review with?

24   A      Assistant Chief Trent Anderson.

25   Q      In that After-Action review, Assistant Chief

Dube, Taylor 6/9/2020                                 Lankford v. Plumerville, et al

Page 25

1   Trent Anderson wrote down here, (as read:) "I advised

2   both officers that if they found themselves in a

3   situation like that not to block the roadway and to

4   let the motorcycle pass, unless it was a deadly force

5   situation."   Is that what he wrote?

6   A     Yes, sir.

7   Q     Is that what he told you in that After-Action

8   Review?

9   A     Yes, sir.

10   Q     Was it your understanding that this was not a

11   deadly force situation?

12               MS. MONAGHAN:   Object to the form.

13   A     Yes, sir.

14   BY MR. ROBERTS:

15   Q     I'm sorry?   What was the answer?

16   A     Yes, sir.

17               MR. ROBERTS:   I will reserve further

18         questioning.

19               MS. MONAGHAN:   No questions.

20               MR. ROBERTS:   Thank you very much,

21         Officer Dube.

22               (WHEREUPON, the proceedings were

23         concluded in the matter at 10:40 a.m.)

24               WITNESS EXCUSED.

25               * * * * * * * * * *