IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER LANKFORD**　　　　　　　　　　　　　　　　　**PLAINTIFF**

vs.　　　　　　　　　　CASE NO. 4:19-cv-619-JM

**PLUMERVILLE, ARKANSAS,**
**CONWAY COUNTY, ARKANSAS,**
**ALBERT DUVALL, Individually**　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 15th day of March, 2021.

_____
James M. Moody Jr.
United States District Judge